UNITED STATES of America,
Plaintiff–Appellee,

v.

Benjamin Lamont ROBERSON,
Defendant–Appellant.

No. 07–10231
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Oct. 16, 2007.

Bret M. Gray, Hoover, AL, for Defendant–Appellant.

Joyce White Vance, Birmingham, AL, for Plaintiff–Appellee.

Before ANDERSON, BARKETT and HULL, Circuit Judges.

PER CURIAM:

Bret Gray, appointed counsel for Benjamin Lamont Roberson, has filed a motion to withdraw on appeal supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no issues of arguable merit, counsel's motion to withdraw is **GRANTED** and Roberson's convictions and sentence are **AFFIRMED.**